# EXHIBIT A



Brett M. Freeman
Attorney-at-Law

606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436
(570) 589-0010

May 6, 2025

Midland Credit Management, Inc.
350 Camino De La Reina, Suite 100
San Diego, CA 92108

*VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED*

**RE:    Matthew Lennon v. Midland Credit Management, Inc.**
**Montgomery County Court of Common Pleas**
**Docket No. 2025-cv-06900**

Dear Sir or Madam:

Enclosed please find a writ of summons in the above-referenced matter. Please ensure that all evidence relevant to this matter is preserved. If you have any questions about what evidence would be relevant, please do not hesitate to contact me.

Sincerely yours,

Brett Freeman

2025·06900

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

MONTGOMERY _____ County



2025-06900-0000  4/3/2025 8:38 AM  # 14836826
Rcpt#2025-13-00537  Fee:$290.00  Summons Civil Action
Main (Public)
MontCo Prothonotary

*The information collected on this form is used solely for court administration purposes.  This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**S E C T I O N  A**

**Commencement of Action:**
- [ ] Complaint
- [x] Writ of Summons
- [ ] Transfer from Another Jurisdiction
- [ ] Petition
- [ ] Declaration of Taking

| Lead Plaintiff's Name: Matthew Lennon | Lead Defendant's Name: Midland Credit Management, Inc. |

**Are money damages requested?** [x] Yes  [ ] No

Dollar Amount Requested: (check one)
- [ ] within arbitration limits
- [x] outside arbitration limits

**Is this a *Class Action Suit*?**  [ ] Yes  [x] No

**Is this an *MDJ Appeal*?**  [ ] Yes  [x] No

Name of Plaintiff/Appellant's Attorney: Brett Freeman

- [ ] **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**S E C T I O N  B**

**Nature of the Case:**   Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.**  If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [ ] Other:

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional:

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other

- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other

- [ ] Other:

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other:

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other

- [ ] Zoning Board
- [ ] Other:

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [x] Other: FCRA

*Updated 1/1/2011*

Montgomery Co Prothonotary
APR 3 '25 AM8:44

Matthew Lennon
418 Roslyn Ave.
Glenside, PA 19038,
                Plaintiff

v.

Midland Credit Management, Inc.
350 Camino De La Reina, Suite 100
San Diego, CA 92108
            Defendant

In the Montgomery County Court of
Common Pleas

Docket No. 2025-06900

Civil Action

Jury Trial Demanded

## PRAECIPE FOR SUMMONS

To the Prothonotary:

    Kindly issue a Summon in the Civil Action in the above captioned case.

Date: March 26, 2025

_____

Brett M. Freeman
Bar Number PA 308834
FREEMAN LAW
Attorney for Plaintiff
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436
(570) 589-0010

## SUMMONS IN A CIVIL ACTION

TO: Midland Credit Management, Inc.

    You are notified that the Plaintiff has commenced an action against you.

**SEAL OF
THE
COURT**

Date: March 26, 2025

By: _____



# FREEMAN LAW

606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436



**CERTIFIED MAIL**

9589 0710 5270 0903 1797 63

LEHIGH VALLEY PA

*Retail*



UNITED STATES
POSTAL SERVICE

RDC 99



92108

U.S. POSTAGE PAID
FCM LETTER
HAMLIN, PA 18427
MAY 06, 2025

**$9.68**

S2324P501909-36

Midland Credit Management, Inc.
350 Camino De La Reina, Suite 100
San Diego, CA 92108

05/12/25 03:39:50-P

92108-300725

**IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA**

MATTHEW LENNON

vs.

MIDLAND CREDIT MANAGEMENT INC

NO.  2025-06900

## <u>NOTICE TO DEFEND – CIVIL</u>

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY BAR ASSOCIATION
100 West Airy Street (REAR)
NORRISTOWN, PA

19404-0268 (610) 279-9660, EXTENSION 201

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

| | |
|---|---|
| Matthew Lennon<br>418 Roslyn Ave.<br>Glenside, PA 19038,<br><br>　　　　Plaintiff<br><br>v.<br><br>Midland Credit Management, Inc.<br>350 Camino De La Reina, Suite 100<br>San Diego, CA 92108<br><br>　　　　Defendant | IN THE MONTGOMERY COUNTY<br>COURT OF COMMON PLEAS<br><br>Docket No. 2025-cv-06900<br><br>Civil Action |

## NOTICE

　　　You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by plaintiff(s). You may lose money or property or other rights important to you.

　　　YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

　　　IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Lawyer Referral Service<br>
100 West Airy Street (Rear)<br>
Norristown, Pennsylvania 19404-0268<br>
(610) 279-9660, Extension 201

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

| | |
|---|---|
| Matthew Lennon<br>,<br>    Plaintiff<br><br>v.<br><br>Midland Credit Management, Inc.<br>    Defendant | In the Montgomery County Court of Common Pleas<br><br>Docket No. 2025-cv-06900<br><br>Civil Action<br><br>Jury Trial Demanded |

## COMPLAINT

### INTRODUCTORY STATEMENT

1.    This is a claim by an individual consumer for violations of the Fair Credit Report Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*, and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

2.     Defendant violated the FCRA and the FDCPA by reporting inaccurate credit information related to Plaintiff. The FCRA allows Plaintiff to recover actual damages, statutory damages, punitive damages, costs, and attorney's fees.

3.    The FDCPA allows Plaintiff to recover actual damages, statutory damages, costs, and attorney's fees.

### PARTIES

4.    Plaintiff, Matthew Lennon, is a natural person who resides at 418 Roslyn Ave., Glenside, PA 19038.

5.    Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1681a(c) and 15 U.S.C. § 1692a(3).

6.    Defendant, Midland Credit Management, Inc. ("Midland"), is a debt collector with a place of business in San Diego, California and doing business in Pennsylvania.

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

7.     Defendant is a "furnisher" as that term is used in 15 U.S.C. § 1681s-2.

<u>JURISDICTION AND VENUE</u>

8.     This Court has jurisdiction to hear the claims alleged herein.

9.     Venue is proper in this Court because a substantial part of the claim arose here.

<u>FACTUAL ALLEGATIONS</u>

10.    On or about September 15, 2023, Plaintiff was sued by a third-party entity named Midland Credit Management, Inc. ("Midland") at Docket No. MJ-38102-CV-0000109-2023.

11.    Plaintiff and Midland ultimately resolved that lawsuit by entering into a mutual release ("the Mutual Release").

12.    A copy of the Mutual Release is attached hereto as Exhibit A.

13.    The Mutual Release was signed by Plaintiff on January 5, 2024, and it was signed by Midland on January 8, 2024.

14.    Prior to Midland signing the Mutual Release, Midland was reporting a debt on Plaintiff's credit report in the amount of $3,396 ("the Alleged Account").

15.    As part of the Mutual Release, Midland agreed to release Plaintiff "from all claims."

16.    The Mutual Release included the Alleged Account.

17.    After the Mutual Release was signed, Midland continued to pull Plaintiff's credit report.

3

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

18.    After the Mutual Release was signed, Plaintiff reviewed his credit reports, and saw that his credit reports included the Alleged Account.

19.    As a result, on or about March 26, 2024, Plaintiff mailed dispute letters to the three large consumer reporting agencies—Trans Union, Equifax, and Experian ("the First Dispute Letter").

20.    As part of the First Dispute Letter, Plaintiff included a copy of the Mutual Release and explained that he did not owe the Alleged Account as a result of the Mutual Release.

21.    Defendant was notified of the First Dispute Letter by Trans Union.

22.    Defendant was notified of the First Dispute Letter by Experian.

23.    Defendant was notified of the First Dispute Letter by Equifax.

24.    It is believed, and therefore averred, that after Defendant received notice of the First Dispute Letter, that it then conducted an investigation regarding the Alleged Account.

25.    In response to these disputes, Defendant either verified or updated the Alleged Account to include a slightly different balance.

26.    Plaintiff received dispute results from the consumer reporting agencies indicating that the Alleged Account had been verified or updated.

27.    Plaintiff thereafter lodged multiple additional disputes with Equifax, Experian, and TransUnion.

28.    It is believed, and therefore averred, that Defendant received notice of multiple disputes regarding the Alleged Account from Experian.

4

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

29.     It is believed, and therefore averred, that Defendant received notice of multiple disputes regarding the Alleged Account from Equifax.

30.     It is believed, and therefore averred, that Defendant received notice of multiple disputes regarding the Alleged Account from TransUnion.

31.     It is believed, and therefore averred, that in response to each dispute that it received from Experian regarding the Alleged Account, Defendant either verified that the information it was reporting was correct, or provided an updated balance.

32.     It is believed, and therefore averred, that in response to each dispute that it received from Equifax regarding the Alleged Account, Defendant either verified that the information it was reporting was correct, or provided an updated balance.

33.     It is believed, and therefore averred, that in response to each dispute that it received from Trans Union regarding the Alleged Account, Defendant either verified that the information it was reporting was correct, or provided an updated balance.

34.     Defendant failed to conduct reasonable investigations of Plaintiff's account upon receiving notice of Plaintiff's disputes from one or more consumer reporting agencies.

35.     Defendant failed to appropriately modify, delete, or block Plaintiff's account after conducting its investigation of Plaintiff's account.

36.     Due to Defendant's failure to conduct reasonable investigations regarding Plaintiff's disputes, the account on Plaintiff's credit reports was not appropriately deleted.

5

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

37.    The improper reporting of the Midland account has hampered Plaintiff's ability to obtain credit and pursue other opportunities.

38.    As a result of Defendant's actions and omissions, Plaintiff has suffered actual damages, including but not limited to out-of-pocket expenses, detriment to his credit rating, and emotional distress.

STATEMENT OF CLAIM

*Count I – Violation of the Fair Credit Reporting Act*

39.    Plaintiff incorporates by reference all preceding paragraphs as though fully stated herein.

40.    Defendant willfully or negligently violated 15 U.S.C. § 1681b, when it continued to pull Plaintiff's credit report after entering into the Mutual Release.

41.    Once the Mutual Release was entered into, Defendant no longer had a permissible purpose to pull Plaintiff's credit report.

42.    Defendant willfully or negligently violated 15 U.S.C. § 1681s-2(b) by failing to conduct reasonable investigations upon receiving notice of Plaintiff's disputes from one or more consumer reporting agencies, by failing to appropriately report the results of its investigations, and by failing to appropriately modify, delete, or block the disputed information.

43.    As a result of Defendant's violations of 15 U.S.C. §§ 1681b and 1681s-2(b), Plaintiff has suffered actual damages, including without limitation credit denials, out-of-pocket expenses, detriment to his credit rating, and emotional distress.

6

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Plaintiff is therefore entitled to recover actual damages pursuant to 15 U.S.C. §§ 1681n and 1681o.

44.    Defendant's actions and omissions were willful, rendering it liable for punitive damages and/or statutory damages pursuant to 15 U.S.C. § 1681n.

45.    Plaintiff is entitled to recover costs and attorney's fees from Defendant pursuant to 15 U.S.C. §§ 1681n and 1681o.

WHEREFORE, Plaintiff requests that judgment be entered against Defendant for actual damages, punitive damages, and statutory damages pursuant to 15 U.S.C. § 1681n, reasonable attorney's fees and costs pursuant to 15 U.S.C. §§ 1681n and/or 1681o, and for such other and further relief as may be just and proper.

*Count II– Violation of the FDCPA*

46.    Plaintiff incorporates by reference all preceding paragraphs as though fully stated herein.

47.    After the Mutual Release was signed, Defendant sent Plaintiff multiple communications attempting to collect the Alleged Account.

48.    In these communications, Defendant stated that an amount was owed regarding the Alleged Account.

49.    These communications violated 15 U.S.C. § 1692e, by falsely stating that an amount was due on the Alleged Account even though any liability for the Alleged Account was forgiven as part of the Mutual Release.

7

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

50.    Defendant also violated 15 U.S.C. § 1692e(8), when it communicated credit information which it knew, or should have known, to be false—specifically, by reporting the Alleged Account on Plaintiff's credit report.

WHEREFORE, Plaintiff requests that judgment be entered against Defendant for actual damages, for statutory damages in the amount of $1,000, for costs and reasonable attorney's fees, and for such other and further relief as may be just and proper.

TRIAL BY JURY

51.    Plaintiff is entitled to and hereby requests a trial by jury.

Brett Freeman
Bar Number PA 308834
Attorney for Plaintiff
FREEMAN LAW
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436
P: (570) 589-0010

8

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## CERTIFICATION OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Brett Freeman
Bar Number PA 308834
Attorney for Plaintiff
FREEMAN LAW
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436
P: (570) 589-0010

9

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# EXHIBIT A
## The Mutual Release

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## Mutual Release

The undersigned, Matthew Lennon and Midland Credit Management, Inc., agree that, in consideration for the dismissal of the lawsuit pending at MJ-38102-CV-0000109-2023 with prejudice:

Matthew Lennon releases Midland Credit Management, Inc. and all employees and attorneys from all claims.

Midland Credit Management, Inc. releases Matthew Lennon and all attorneys from all claims.

No other parties or companies are released that are not named in this release. A facsimile signature shall be considered an original, and this document may be signed in counterpart. The parties acknowledge that the claims being released are the subject of good-faith disputes, and therefore the release of the debt in this matter does not constitute the "discharge of indebtedness" as used in 26 U.S.C. § 6050P. As a result, neither party will issue a 1099 to the other. As part of this release, Midland Credit Management, Inc. will request the deletion of any tradeline associated with the claims released herein.

Dated: 01 / 04 / 2024

*Matthew Lennon*
Matthew Lennon

Midland Credit Management, Inc.
By:

Dated: 1|8|24

*Kristina Hgmeleski*
Sign Here

*Plantiffs Counsel*
Print Name and Title Here

**⋈ Dropbox** Sign                                                                    Audit trail

| | |
|---|---|
| **Title** | Midland v Lennon Mutual Release.pdf |
| **File name** | Midland_v_Lennon_Mutual_Release.pdf |
| **Document ID** | 912b815d709bdd85b6cab594b55575045d76c569 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

This document was requested from app.clio.com

## Document History

| | | |
|---|---|---|
| ⌲ **SENT** | **01 / 04 / 2024** 18:35:16 UTC | Sent for signature to Matthew Lennon (matthew.e.lennon@gmail.com) from brett@freeman.law IP: 68.70.25.163 |
| ◎ **VIEWED** | **01 / 04 / 2024** 18:35:46 UTC | Viewed by Matthew Lennon (matthew.e.lennon@gmail.com) IP: 172.56.219.88 |
| ⟓ **SIGNED** | **01 / 04 / 2024** 18:37:00 UTC | Signed by Matthew Lennon (matthew.e.lennon@gmail.com) IP: 172.56.219.88 |
| ⌀ **COMPLETED** | **01 / 04 / 2024** 18:37:00 UTC | The document has been completed. |

Powered by ⋈ **Dropbox** Sign

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

## Verification of Complaint and Certification
## by Plaintiff Matthew Lennon

Plaintiff, Matthew Lennon, being duly sworn according to law, deposes as follows:

1.    I am the plaintiff in this civil proceeding.

2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass the Defendant, cause unnecessary delay to the Defendant, or create a needless increase in the cost of litigation to the Defendant, named in the Complaint.

5.    I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).

Date:  06 / 30 / 2025
_____

_Matthew Lennon_
_____
Matthew Lennon

11

**✖ Dropbox** Sign                                                      Audit trail

| | |
|---|---|
| **Title** | Complaint.pdf |
| **File name** | Complaint.pdf |
| **Document ID** | 5f6797a6735ac2b2fe24105d3062dbb1e2e8208d |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| ⌁ **SENT** | **06 / 30 / 2025** 16:58:20 UTC | Sent for signature to Matthew Lennon (matthew.e.lennon@gmail.com) from brett@freeman.law IP: 68.70.25.163 |
| ◉ **VIEWED** | **06 / 30 / 2025** 16:58:43 UTC | Viewed by Matthew Lennon (matthew.e.lennon@gmail.com) IP: 97.165.38.7 |
| ⤨ **SIGNED** | **06 / 30 / 2025** 16:59:42 UTC | Signed by Matthew Lennon (matthew.e.lennon@gmail.com) IP: 97.165.38.7 |
| ⊘ **COMPLETED** | **06 / 30 / 2025** 16:59:42 UTC | The document has been completed. |

Powered by ✖ Dropbox Sign

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

# EXHIBIT A
## The Mutual Release

**Mutual Release**

The undersigned, Matthew Lennon and Midland Credit Management, Inc., agree that, in consideration for the dismissal of the lawsuit pending at MJ-38102-CV-0000109-2023 with prejudice:

Matthew Lennon releases Midland Credit Management, Inc. and all employees and attorneys from all claims.

Midland Credit Management, Inc. releases Matthew Lennon and all attorneys from all claims.

No other parties or companies are released that are not named in this release. A facsimile signature shall be considered an original, and this document may be signed in counterpart. The parties acknowledge that the claims being released are the subject of good-faith disputes, and therefore the release of the debt in this matter does not constitute the "discharge of indebtedness" as used in 26 U.S.C. § 6050P. As a result, neither party will issue a 1099 to the other. As part of this release, Midland Credit Management, Inc. will request the deletion of any tradeline associated with the claims released herein.

Dated: 01 / 04 / 2024

_Matthew Lennon_
Matthew Lennon

Midland Credit Management, Inc.
By:

Dated: 1/8/24

Sign Here
_Kristina Hajneski_
_Plaintiffs Counsel_
Print Name and Title Here

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Case# 2025-06900-3 Docketed at Montgomery County Prothonotary on 07/02/2025 1:32 PM. Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

**✕ Dropbox** Sign                                                    Audit trail

| | |
|---|---|
| **Title** | Midland v Lennon Mutual Release.pdf |
| **File name** | Midland_v_Lennon_Mutual_Release.pdf |
| **Document ID** | 912b815d709bdd85b6cab594b55575045d76c569 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

This document was requested from app.clio.com

## Document History

| | | |
|---|---|---|
| ⟲ **SENT** | **01 / 04 / 2024** 18:35:16 UTC | Sent for signature to Matthew Lennon (matthew.e.lennon@gmail.com) from brett@freeman.law IP: 68.70.25.163 |
| ◎ **VIEWED** | **01 / 04 / 2024** 18:35:46 UTC | Viewed by Matthew Lennon (matthew.e.lennon@gmail.com) IP: 172.56.219.88 |
| ↙ **SIGNED** | **01 / 04 / 2024** 18:37:00 UTC | Signed by Matthew Lennon (matthew.e.lennon@gmail.com) IP: 172.56.219.88 |
| ✓ **COMPLETED** | **01 / 04 / 2024** 18:37:00 UTC | The document has been completed. |

Powered by ✕ **Dropbox** Sign