IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW LENNON, | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CASE NO. 2:25-cv-04443-GAM |
| | : |
| MIDLAND CREDIT MANAGEMENT, INC., | : |
| | : |
| **Defendant.** | : |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Matthew Lennon and Defendant Midland Credit Management, Inc., by and through their respective undersigned counsel, hereby stipulate and agree that Defendant shall have fourteen (14) days, to and including August 22, 2025, by which to respond to Plaintiff's Complaint.

Respectfully submitted,

*s/ Brett M. Freeman*
BRETT M. FREEMAN, ESQUIRE
PA Bar No. 308834
**FREEMAN LAW**
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436
brett@freeman.law
*Counsel for Plaintiff*

*s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
**MESSER STRICKLER BURNETTE, LTD.**
1200 Riverplace Blvd. Suite 105 #1558
Jacksonville, FL 32207
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: August 12, 2025

APPROVED BY THE COURT:

/s/ Gerald Austin McHugh
United States District Judge

8/12/25