**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTHEW LENNON** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-4443** |
| | : | |
| **MIDLAND CREDIT** | : | |
| **MANAGEMENT, INC.** | : | |

**SCHEDULING ORDER**

This 30th day of October, 2025, following a Preliminary Pretrial Conference pursuant to Rule 16, it is hereby **ORDERED** as follows:

1. All factual discovery shall be completed by **March 30, 2026.**

2. Expert reports for the plaintiff, if any, shall be due by **March 30, 2026.**

3. Expert reports for the defendants, if any, shall be due by **April 30, 2026.**

4. Rebuttal or supplemental expert reports, if any, shall be produced as promptly as possible after the need for such reports is identified, and must be served sufficiently in advance of the Final Pretrial Conference to allow for a meaningful response.

5. Expert depositions may be conducted any time until the Final Pretrial Conference.

6. Dispositive motions, if any, shall be due by **April 13, 2026.**

7. This case shall be deemed ready for the scheduling of a Final Pretrial Conference as of **June 8, 2026.**

**Notice:** Throughout the course of this litigation, counsel should refer to Judge McHugh's Guidelines for Counsel, which can be found on the Court's website, for assistance with efficient management of this case.

    /s/ Gerald Austin McHugh
United States District Judge