IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Matthew Lennon,<br>　　　　　Plaintiff<br><br>v.<br><br>Midland Credit Management, Inc.,<br>　　　　　Defendant | Docket No. 25-4443 |

## STIPULATION TO EXTEND DEADLINES

1. The parties have been engaged in the discovery process, but Defendant has needed additional time in order to provide responses to Plaintiff's written discovery requests.

2. The parties do not wish to conduct depositions in this case until they have had an opportunity to complete the written discovery.

3. It is likely that, after written responses are provided, a meet-and-confer process will need to take place to resolve any objections to the written discovery.

4. Furthermore, the trial schedule of counsel will make it difficult to conduct depositions in the time-period between when the discovery responses are likely to be provided and before the close of the current discovery deadline.

5. The parties have therefore stipulated and agreed that the scheduling order should be modified as follows:

　　a. The deadline for fact discovery should be May 29, 2026;

　　b. The deadline for Plaintiff's expert reports should be May 29, 2026;

　　c. The deadline for Defendant's expert reports should be June 29, 2026;

　　d. The deadline for dispositive motions should be June 15, 2026; and

e. The suggested date for a pretrial conference should be August 17, 2026.

WHEREFORE, the parties respectfully request that the Court approve this stipulation, and modify the scheduling order as proposed in paragraph 5.

| | |
|---|---|
| s/ Brett M. Freeman | s/ Andrew M. Schwartz (with consent) |
| Brett M. Freeman | Andrew M. Schwartz |
| PA308834 | PA79427 |
| Attorney for Plaintiff | Attorney for Defendant |
| FREEMAN LAW | MESSER STRICKLER BURNETTE, LTD. |
| 358B Hamlin Highway | 935 E. Lancaster Ave., #1003 |
| Lake Ariel, PA 18436 | Downingtown, PA 19335 |
| P: 570-589-0010 | ☎ 320-434-9664 |
| F: (570) 504-2769 | 📠 312-334-3474 |
| brett@freeman.law | ✉ Aschwartz@messerstrickler.com |

## **ORDER**

So ordered.

Date: 1/27/26                               /s/ Gerald Austin McHugh
                                            Gerald Austin McHugh
                                            United States District Judge