# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Matthew Lennon,<br><div align="center">Plaintiff</div><br>v.<br>Midland Credit Management, Inc.,<br><div align="center">Defendant</div> | Docket No. 2:25-cv-04443-GAM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice,

with each side to bear its own fees and costs.

| | |
|---|---|
| *s/ Brett M. Freeman* | *s/ Andrew M. Schwartz (with consent)* |
| Brett M. Freeman | Andrew M. Schwartz |
| Bar Number PA 308834 | Bar Number PA 79427 |
| FREEMAN LAW | Messer, Strickler, Burnette, LTD |
| Attorney for Plaintiff | Attorney for Defendant |
| 358B Hamlin Highway | 935 E. Lancaster Ave. #1003 |
| Lake Ariel, PA 18436 | Downington, PA 19355 |
| P: (570) 589-0010 | P: (320) 434-9664 |
| F: (570) 456-5955 | F: (312) 3474 |
| brett@freeman.law | aschwartz@messerstrickler.com |